# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Daniel Perez Gonzalez, | Case No. 2:25-cv-02137-CDS-DJA |
| Petitioner | **Service Order** |
| v. | |
| Kristi Noem, et al., | [ECF No. 1] |
| Respondents | |

This is a habeas corpus action brought under 28 U.S.C. § 2241 by Daniel Perez Gonzalez, an individual incarcerated at the Nevada Southern Detention Center. Gonzalez has filed a counseled petition for federal habeas corpus relief. ECF No. 1. I determine that the petition merits service upon the respondents.

I therefore kindly order that the Clerk of the Court:

1. **DELIVER** a copy of the petition (ECF No. 1) and this order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. **SEND**, through CM/ECF, a copy of the petition for writ of habeas corpus (ECF No. 1) and this order to the Chief of the Civil Division for the United States Attorney for the District of Nevada, at summer.johnson@usdoj.gov, veronica.criste@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E). This does not indicate acceptance of service.

4. **MAIL**, a copy of the petition for writ of habeas corpus (ECF No. 1) and this order to pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    (a) Kristi Noem, Secretary of the U.S. Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528-0525;

  (b) Pam Bondi, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530;

  (c) Jason Knight, Field Office Director, Salt Lake City Field Office, U.S. Immigration & Customs Enforcement, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119-6096;

  (d) Michael Bernacke, Acting Field Office Director, Las Vegas Field Office, U.S. Immigration & Customs Enforcement, 501 S. Las Vegas Blvd. Ste 200, Las Vegas, NV 89101;

  (e) John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060.

It is further ordered that the U.S. Marshal **SERVE** a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is further ordered that counsel for respondents file a notice of appearance by November 6, 2025, and the respondents must file and serve their response to the petition by November 24, 2025, unless additional time is allowed for good cause shown. Perez Gonzalez will have 15 days following the response to file and serve a reply, if desired.

Dated: November 3, 2025

             _____
             Cristina D. Silva
             United States District Judge